Butler County Bar Association v. Bradley.

[Cite as *Butler Cty. Bar Assn. v. Bradley* (1999), 87 Ohio St.3d 213.]

(No. 99–1114—Submitted August 25, 1999—Decided November 10, 1999.)

*Stephen J. Brewer* and *Ralph A. Henderson,* for relator.
*James N. Perry,* for respondent.

***Per Curiam.*** We adopt the findings, conclusions, and recommendation of the board, to which respondent concurs. A sanction of at least an indefinite

suspension is warranted for misconduct that includes violations of DR 1–102(A)(4), 1–102(A)(5), 6–101(A)(3), and 9–102(B). See, *e.g., Disciplinary Counsel v. Reinstatler* (1990), 52 Ohio St.3d 220, 556 N.E.2d 521; *Disciplinary Counsel v. Hipp* (1990), 48 Ohio St.3d 16, 548 N.E.2d 947. Respondent is hereby indefinitely suspended from the practice of law in Ohio, and his reinstatement is conditioned on his making restitution of $15,000 to Piazza plus interest at a rate of ten percent per annum from the dates that Piazza gave respondent the checks. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.